UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CARLTON CHARLES**                                                    **CIVIL ACTION**

**VERSUS**                                                                      **NO. 15-1697**

**LYNN COOPER, WARDEN**                                    **SECTION: "F"(1)**

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, the Supplemental Report and Recommendation of the United States Magistrate Judge, and the objections thereto, hereby approves the Report and Recommendation and the Supplemental Report and Recommendation of the United States Magistrate Judge and adopts them as its own opinions. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Carlton Charles is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  2nd  day of     November    , 2016.

_____
**UNITED STATES DISTRICT JUDGE**